**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00945-CR
No. 05-14-00946-CR

**LADEREK KINTE REYNOLDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-58630-Y, F11-60044-Y**

## ORDER

The Court **REINSTATES** the appeals.

On February 13, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed in these appeals despite repeated orders to Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the records. We specifically directed the trial court to make findings regarding whether the notes were lost or destroyed and whether Ms. Hazlewood should be required to surrender her notes to another court reporter to prepare the record. We **ADOPT** the findings that: (1) on April 1, 2015, Sharon Hazlewood appeared at a hearing and produced a copy of a record from the June 20, 2014 revocation hearing; and (2) appellate counsel discovered that a hearing was conducted on

March 14, 2013 on a previous motion to revoke community supervision. We note that Ms. Hazlewood did not tender the record to this Court until April 21, 2015.

We **DENY** as moot Ms. Hazlewood's March 25, 2015 request for an extension of time to file the reporter's record.

*We warn Sharon Hazlewood that further acts of non-compliance with this Court's orders, in any case, will result in this Court referring her to the Court Reporter's Certification Board and requiring that she surrender her notes to the Presiding Judge of the trial court for preparation by another court reporter.*

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE